UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23981-CIV-LENARD/O'SULLIVAN

LOUIS VUITTON MALLETIER, S.A.,

    Plaintiff,

vs.

JUSTIN FERNANDO,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Motion for Entry of Final Default Judgment against Defendant and Memorandum of Law in Support Thereof (DE# 29, 7/18/12). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion for Entry of Final Default Judgment against Defendant and Memorandum of Law in Support Thereof (DE# 29, 7/18/12) on or before **Monday, August 27, 2012**. The failure to file a response may result in an order granting the Plaintiff's Motion for Entry of Final Default Judgment against Defendant and

Memorandum of Law in Support Thereof (DE# 29, 7/18/12) in its entirety.

The plaintiff shall promptly serve a copy of this Order on the defendant by e-mail or any other appropriate means and file a notice of compliance with the Court.

**DONE and ORDERED** in Chambers at Miami, Florida this **13th** day of August, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record